DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**N.M.,** the Father,
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D17-3135

[January 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Shulman, Judge; L.T. Case No. 2015 3502 DP.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Children's Legal Services, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***